ESTHER MAY ANDERSON BENNETT, respondent,

*v.*

THE ASSOCIATION TO PROVIDE AND MAINTAIN A HOME FOR THE FRIENDLESS, appellant.

[Submitted December 5th, 1910.   Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

*Mr. Leo Stein,* for the respondent.

*Mr. Frank Benjamin,* for the appellant.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON, SULLIVAN—14.

*For reversal*—None.